ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                 :

UNITED STATES OF AMERICA

                 :

        - v. -              **INDICTMENT**

                 :

DEMETRIUS SCOTT,           **11 CRIM 045**

                 :

        Defendant.

                 :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 3 2011

## COUNT ONE

The Grand Jury charges:

1.   On or about July 11, 2010, in the Southern District of New York, DEMETRIUS SCOTT, the defendant, unlawfully, intentionally, and knowingly did possess with intent to distribute a controlled substance, to wit, six plastic bags of mixtures and substances containing a detectable amount of cocaine base, in a form commonly referred to as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1) and

841(b)(1)(C).)

## COUNT TWO

The Grand Jury further charges:

6.   On or about July 11, 2010, DEMETRIUS SCOTT, the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the crime of possessing with intent to distribute crack cocaine charged in Count One of this Indictment, did use and carry a firearm, and,

in furtherance of such crime, did possess a firearm, to wit, a

.32 caliber Rossi revolver.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)


_____

FOREPERSON

_____

PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DEMETRIUS SCOTT,

Defendant.

## INDICTMENT

11 Cr.

(21 U.S.C. § 812, 841(a)(1) & 841(b)(1)(C);
18 U.S.C. § 924(c)(1)(A)(i))

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

Jan. 13 · 2011

Indictment returned, Case assigned to Judge Pauley

—Judge Debra Freeman, USMJ

(AB)