USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/11

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2011

**BY FACSIMILE**



RECEIVED
FEB 1 1 2011
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   **United States v. Demetrius Scott, 11 Cr. 45 (WHP)**

Dear Judge Pauley:

   As discussed with Your Honor's Deputy, the Government respectfully requests that the pretrial conference currently scheduled for February 17, 2011, at 4:30 p.m., be adjourned to Monday, March 7, 2011, at 5:00 p.m. In order for the Government to continue compiling and providing discovery to the defendant, and for the defendant to review discovery and consider filing pretrial motions, the Government also respectfully requests that time be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from February 17, 2011 through March 7, 2011, in the interests of justice. Defense counsel has consented to this request.

Very truly yours,

PREET BHARARA
United States Attorney

By: /s/ Adam Fee
Adam Fee
Assistant United States Attorney
(212) 637-1589

APPLICATION GRANTED IN THE INTERESTS
SO ORDERED:  OF JUSTICE

/s/ William H. Pauley
WILLIAM H. PAULEY III, U.S.D.J.
2/11/11

cc: Philip L. Weinstein, Esq. (by email)

TOTAL P.001