UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,          :

       -against-                                          :       11 Cr. 45 (WHP)

DEMETRIUS SCOTT                            :       ORDER

                        Defendants.     :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2011
```

WILLIAM H. PAULEY III, United States District Judge:

        A bail review hearing is hereby scheduled for November 22, 2011 at 10:00 a.m.

Counsel and the Defendant are directed to appear in courtroom 11-D at that time.

Dated: November 18, 2011
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III,
                        U.S.D.J.

*Counsel of Record:*
Adam Fee
U.S. Attorney's Office, SDNY
*Counsel for Government*

Philip L. Weinstein, Esq.
*Counsel for Defendant*