**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2021

<u>VIA ECF</u>

Honorable J. Paul Oetken
United States District Court
Southern District of New York
New York, New York 10007

*Re: United States v. Demetrius Scott,* **11-Cr-45 (JPO)**

Dear Judge Oetken:

    I write to respectfully request an adjournment of the upcoming conference currently scheduled for October 8, 2021, as defense counsel will be unavailable due to a personal matter. The Government does not object to the request for adjournment.

    Thank you for your consideration of this matter.

> Granted. The October 8, 2021 telephonic hearing on the violation of supervised release is hereby adjourned to October 14, 2021 at 5:15pm.
>   So ordered: October 1, 2021

Respectfully submitted,

/s/ *Marisa K. Cabrera*
Marisa K. Cabrera
Attorney for Demetrius Scott

_____
J. PAUL OETKEN
United States District Judge